# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE FIGUEROA,<br>    Plaintiff,<br><br>v.<br><br>HOMEGOODS, T.J. MAXX, MCSTOME<br>AND LINCOLN PLAZA CENTER, L.P.,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-1966 |

## O R D E R

**AND NOW**, this 25th day of February, 2019, upon consideration of Defendants' Amended Notice and Petition for Removal (ECF No. 58), it is hereby **ORDERED** that the case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**